May 28, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

GRACE INSTRUMENT INDUSTRIES, LLC, Appellant

NO. 14-15-00390-CV                    V.

MELDEN SCHMIDT AND OFI TESTING EQUIPMENT, INC., Appellees

_____

Today the Court heard appellant's petition for permission to appeal the order signed by the court below on March 2, 2015. Having considered the application and found it lacked merit, we **DENY** permission and order the attempted appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Grace Instrument Industries, LLC.

We further order this decision certified below for observance.